1 | williamgayinf

2 | LEONARDO M. RAPADAS
United States Attorney
3 | RYAN M. ANDERSON
Special Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910
PHONE: (671) 472-7332
6 | FAX: (671) 472-7334

7 | Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
APR - 3 2007 nbo
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00028 |
|---|---|
| Plaintiff, | ) **INFORMATION** |
| vs. | ) **THEFT OF GOVERNMENT PROPERTY** |
|  | ) [18 U.S.C. § 641] |
| WILLIAM GAY JR., | ) (Count I) |
|  | ) **ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY** |
|  | ) [18 U.S.C. § 1382] |
| Defendant. | ) (Count II) |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT I - THEFT OF GOVERNMENT PROPERTY**

On or about July 18, 2006, in the District of Guam, the defendant, WILLIAM GAY JR., at U.S. Naval Base Guam, willfully and knowingly, did steal and purloin United States property from U.S. Naval Base Guam, of the value of greater than $1,000, property of the United States, in violation of Title 18, United States Code, Section 641.

**COUNT II - ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY**

On or about July 18, 2006, in the District of Guam, the defendant, WILLIAM GAY JR., went upon a United States military reservation, to wit, U.S. Naval Base Guam, for a purpose

prohibited by law, that is, with knowledge that the defendant, WILLIAM GAY JR., needed and did not have authorization to do so, in violation of Title18, United States Code, Section 1382.

DATED this 3rd th day of April 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Ryan M. Anderson
RYAN M. ANDERSON
Special Assistant U.S. Attorney

<u>**Criminal Case Cover Sheet**</u>                                                                                                                      <u>**U.S. District Court**</u>

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-00028**
Same Defendant _____      New Defendant ___x___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

     **Juvenile: Yes _____ No _X_**   **Matter to be sealed: _____ Yes _x_ No**

Defendant Name  _____WILLIAM GAY, JR._____

Alias Name  _____Billy_____

Address  _____

          _____Tamuning, Guam_____

Birthdate __Xx/xx/1964__ SS# __xxx-xx-9949__ Sex _M_ Race _____ Nationality_____

**U.S. Attorney Information:**

SAUSA  _____Ryan M. Anderson_____

Interpreter: _X_ No ___ Yes   List language and/or dialect: _____

**RECEIVED**
APR - 3 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__     ____ Petty  ____ Misdemeanor  _X_ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 _18 USC 641_ | Theft of Government Property | 1 |
| Set 2 _18 USC 1382_ | Entering Military, Naval or Coast Guard Property | 2 |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |

(May be continued on reverse)

Date: __4/3/07__      Signature of AUSA: _[signature] Ry M. And___