# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA
V.

WILLIAM GAY, JR.

WAIVER OF INDICTMENT

CASE NUMBER: 07-00028

I, WILLIAM GAY, JR., the above named defendant, who is accused of

Theft of Government Property in violation of Title 18, United States Code, Section 641; and, Entering Military, Naval or Coast Guard Property in violation of Title 18, United States Code, Section 1382.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/5/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**
DISTRICT COURT OF GUAM
APR -5 2007
MARY L.M. MORAN
CLERK OF COURT

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer