IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00028 |
| Plaintiff. | ) | |
| vs. | ) | **REPORT AND RECOMMENDATION CONCERNING PLEAS OF GUILTY IN A FELONY CASE** |
| WILLIAM GAY JR., | ) | |
| Defendant. | ) | |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered pleas of guilty to a two-count Information charging him with Theft of Government Property, in violation of 18 U.S.C. § 641, and Entering Military, Naval or Coast Guard Property, in violation of 18 U.S.C. § 1382. After examining the defendant under oath, I have determined that the defendant is fully competent and capable of entering informed pleas, that the guilty pleas were intelligently, knowingly and voluntarily made, and that the offenses charged are supported by an independent basis in fact establishing each of the essential

///
///
///
///
///

elements of such offenses. I therefore recommend that the pleas of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

IT IS SO RECOMMENDED.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Apr 05, 2007**

**NOTICE**

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**