IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00028 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER ACCEPTING PLEAS OF GUILTY** |
| vs. | ) | **AND ADJUDICATING GUILT, AND** |
| | ) | **NOTICE OF SENTENCING** |
| WILLIAM GAY JR., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the pleas of guilty of the Defendant to a two-count Information charging him with Theft of Government Property, in violation of 18 U.S.C. § 641, and Entering Military, Naval or Coast Guard Property, in violation of 18 U.S.C. § 1382, are now Accepted and the Defendant is Adjudged Guilty of such offenses. All parties shall appear before this Court for sentencing on July 5, 2007, at 10:00 a.m.

IT IS SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
 **Chief Judge**
**Dated: Apr 24, 2007**