# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00028-001                                    DATE: July 05, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 10:12:45 - 10:55:55
CSO: F. Tenorio

**APPEARANCES:**
Defendant: William Gay, Jr.                Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.          ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Greg Parker                 U.S. Agent:
U.S. Probation: Stephen Guilliot           U.S. Marshal: T. Muna
Interpreter:                               Language:

**PROCEEDINGS: Sentencing**
- Defendant sentenced to probation for a term of <u>3 years for Count I and 3 years for Count II to be served concurrently</u>, with conditions (refer to Judgment for conditions of probation).
- Defendant ordered to pay a fine in the amount of $250.00.
- Defendant was ordered to pay a special assessment fee of $110.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant released.

NOTES: