PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO**: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM**: Robert I. Carreon, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[ ] **Original Notice**          [X] **Notice of Disposition**

Date: __**April 5, 2007**__

By: __**Joaquin V.E. Manibusan, Jr.**__
__**U.S. Magistrate Judge**__

Date: __**July 5, 2007**__

By: __**Frances M. Tydingco-Gatewood**__
__**Chief Judge**__

Defendant: __**GAY Jr., William Lee**__

Date of Birth: __**XX-XX-1964**__

SSN: __**XXX-XX-9949**__

Case Number: __**CRIMINAL CASE #07-00028-001**__

Place of Birth: __**Tamuning, Guam**__

=====================================================================

**NOTICE OF COURT ORDER** (Order Date: __**April 5, 2007**__ )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. Probation Office, District of Guam.**

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[X] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
   □ Not Convicted - PS40/Passport returned to defendant.
   □ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
   ✔ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)