PROB 49
(3/89)

# United States District Court

District **Guam**

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall undergo a mental health assessment and, if deemed appropriate, he shall participate in the recommended treatment as approved by the U.S. Probation Office. He shall also make co-payment for the program at a rate to be determined by the U.S. Probation Office.**

Witnes _Maria C. Cruz_   Signed _William Lee Gay, Jr._
U.S. Probation Officer           Probationer or Supervised Releasee

5/9/08
Date